UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CASEY CLARKSON,<br><br>          Plaintiff,<br><br>     v.<br><br>ALASKA AIRLINES, INC.,<br>HORIZON AIR INDUSTRIES, INC.,<br>and ALASKA AIRLINES<br>PENSION/BENEFITS<br>ADMINISTRATIVE COMMITTEE,<br><br>          Defendants. | NO. 2:19-CV-0005-TOR<br><br>ORDER ADOPTING STIPULATED PROTECTIVE ORDER |

BEFORE THE COURT is the Parties' Stipulated Motion for Protective Order (ECF No. 52). The Court has reviewed the file and stipulation, and is fully informed. For good cause shown, the Court accepts the Parties' Stipulation.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Protective Order (ECF No. 52) is hereby **ADOPTED** as the Court's Order.

ORDER ADOPTING STIPULATED PROTECTIVE ORDER ~ 1

2. Pursuant to the Parties' Stipulation and Fed. R. Evid. 502(d), the production of any documents in this proceeding shall not, for the purposes of this proceeding or any other proceeding in any other court, constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

**DATED** November 13, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER ~ 2