Peter Romer-Friedman (*pro hac vice*)
GUPTA WESSLER PLLC
1900 L St NW
Suite 312
Washington, DC 20036
Telephone: (202) 888-1741
Facsimile: (202) 888-7792
Email: peter@guptawessler.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CASEY CLARKSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALASKA AIRLINES, INC., HORIZON AIR INDUSTRIES, INC., and ALASKA AIRLINES PENSION/BENEFITS ADMINISTRATIVE COMMITTEE,<br><br>                    Defendants. | Case No. 19 Civ. 0005<br><br>**NOTICE OF CHANGE OF ADDRESS AND LAW FIRM** |

PLEASE TAKE NOTICE that Peter Romer-Friedman is no longer associated with the law firm of Outten & Golden LLP and is now an attorney at Gupta Wessler PLLC. He will continue to represent the Plaintiff in this action. Counsel of record for Plaintiff otherwise remain the same.

Peter Romer-Friedman's new firm address and contact information are now the following:

-1-

Peter Romer-Friedman
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
Telephone: (202) 888-1741
E-mail: peter@guptawessler.com

Respectfully submitted,                    February 7, 2020

*/s/ Peter Romer-Friedman*

Peter Romer-Friedman
GUPTA WESSLER PLLC
1900 L St NW
Suite 312
Washington, DC 20036
Telephone: (202) 888-1741
Facsimile: (202) 888-7792
Email: peter@guptawessler.com

1

2

## **CERTIFICATION OF SERVICE**

3      I hereby certify that on February 7, 2020, I electronically filed the

4  foregoing notice with the Clerk of the Court for the U.S. District Court for the

5  Eastern District of Washington by using the CM/ECF system. All participants are

6  registered CM/ECF users, and will be served by the CM/ECF system.

7                                                      */s/Peter Romer-Friedman*
                                                          Peter Romer-Friedman
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22