Colin M. Downes
(admitted pro hac vice)
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 734-7046
colin@blockleviton.com

*Attorneys for Plaintiff & the Class*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2021

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CASEY CLARKSON,<br><br>*Plaintiff,*<br><br>v.<br><br>ALASKA AIRLINES, INC, and HORIZON AIR INDUSTRIES, INC.,<br><br>*Defendants* | No. 2:19-CV-005-TOR<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

PLAINTIFF'S NOTICE OF APPEAL

1    Plaintiff Casey Clarkson hereby gives notice that he does appeal to the
2 United States Court of Appeals for the Ninth Circuit from the final judgment
3 entered in this action on May 24, 2021 and all parts thereof.
4    Pursuant to Circuit Rule 3-1, Plaintiff gives notice to the Clerk of Court that
5 Appellant raises causes of actions under the Uniformed Services Employment and
6 Reemployment Rights Act and is thus exempt from paying both the filing fee and
7 the appellate docket fee. 38 U.S.C. § 4323(h)(1).
8    Pursuant to Circuit Rule 3-2(b), Plaintiff has attached a Representation
9 Statement identifying all parties to the action along with the names, addresses, and
10 telephone numbers of their counsel as Exhibit 1.
11
12
13
14
15
16
17
18
19
20

Dated June 21, 2021              Respectfully submitted,

/s/ Colin M. Downes
Colin M. Downes
(*admitted pro hac vice*)
R. Joseph Barton
(*admitted pro hac vice*)
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 734-7046
Facsimile: (617) 507-6020
jbarton@blockleviton.com
colin@blockleviton.com

Vincent Cheng
(*admitted pro hac vice*)
BLOCK & LEVITON LLP
100 Pine St., Suite 1250
San Francisco, CA 94111
Telephone: (415) 968-8999
Facsimile: (617) 507-6020
vincent@blockesq.com

Michael J. Scimone
(admitted pro hac vice)
OUTTEN & GOLDEN LLP
685 Third Avenue 25th Floor
New York, NY 10017
Tel: (212) 245-1000
mscimone@outtengolden.com

Hannah Cole-Chu
(*admitted pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, DC 20001
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
hcoleschu@outtengolden.com

PLAINTIFF'S NOTICE OF APPEAL - 3

Peter Romer-Friedman
(*admitted pro hac vice*)
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
Tel: (202) 888-1741
peter@guptawessler.com

Matthew Z. Crotty (WSBA #39284)
CROTTY & SON LAW FIRM, PLLC
905 W. Riverside Ave., Suite 404
Spokane, WA 99201
Telephone: (509) 850-7011
matt@crottyandson.com

*/s/ Thomas G. Jarrard*
Thomas G. Jarrard (WSBA #39774)
LAW OFFICE OF THOMAS JARRARD, PLLC
1020 N. Washington St.
Spokane, WA 99201
Telephone: (425) 239-7290
tjarrard@att.net

*Attorneys for Plaintiff and the Class*

PLAINTIFF'S NOTICE OF APPEAL - 4

# CERTIFICATE OF SERVICE

I certify that on June 21, 2021, I caused the foregoing Plaintiff's Notice of Appeal to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the all counsel of record.

/s/ Colin M. Downes
Colin M. Downes
(admitted pro hac vice)
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 734-7046
colin@blockleviton.com

# Exhibit 1

1  Colin M. Downes
   (admitted pro hac vice)
2  BLOCK & LEVITON LLP
   1735 20th Street NW
3  Washington, DC 20009
   Telephone: (202) 734-7046
4  colin@blockleviton.com

5  *Attorneys for Plaintiff & the Class*

6

7  **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF WASHINGTON**
8
   CASEY CLARKSON,
9
                *Plaintiff*,                  No. 2:19-CV-005-TOR
10
   v.                                         **PLAINTIFF'S**
11                                            **REPRESENTATION**
   ALASKA AIRLINES, INC, and                  **STATEMENT**
12 HORIZON AIR INDUSTRIES,
   INC.,
13
                *Defendants*
14

15

16

17

18

19

20

   PLAINTIFF'S REPRESENTATION STATEMENT

1   The undersigned represents Casey Clarkson, Plaintiff and Appellant in this

2   matter. The following is a list of all the parties to the action and information

3   regarding their counsel. *See* Fed. R. App. P. 12(b); Ninth Circuit Rule 3-2(b).

**Plaintiff Casey Clarkson**

R. Joseph Barton
(*admitted pro hac vice*)
Colin M. Downes
(*admitted pro hac vice*)
BLOCK & LEVITON LLP
1735 20th Street NW
Washington, DC 20009
Telephone: (202) 734-7046
Facsimile: (617) 507-6020
jbarton@blockleviton.com
colin@blockleviton.com

Vincent Cheng
(*admitted pro hac vice*)
BLOCK & LEVITON LLP
100 Pine St., Suite 1250
San Francisco, CA 94111
Telephone: (415) 968-8999
Facsimile: (617) 507-6020
vincent@blockesq.com

Michael J. Scimone
(admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue 25th Floor
New York, NY 10017
Tel: (212) 245-1000
mscimone@outtengolden.com

PLAINTIFF'S REPRESENTATION STATEMENT - 2

1
2
3
4
5

Hannah Cole-Chu
(*admitted pro hac vice*)
OUTTEN & GOLDEN LLP
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, DC 20001
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
hcoleschu@outtengolden.com

6
7
8
9

Peter Romer-Friedman
(*admitted pro hac vice*)
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
Tel: (202) 888-1741
peter@guptawessler.com

10
11
12
13

Matthew Z. Crotty (WSBA #39284)
CROTTY & SON LAW FIRM, PLLC
905 W. Riverside Ave., Suite 404
Spokane, WA 99201
Telephone: (509) 850-7011
matt@crottyandson.com

14
15
16

Thomas G. Jarrard (WSBA #39774)
LAW OFFICE OF THOMAS G. JARRARD, PLLC
1020 N. Washington St.
Spokane, WA 99201
Telephone: (425) 239-7290
tjarrard@att.net

17
18
19
20
21

PLAINTIFF'S REPRESENTATION STATEMENT - 3

1 **Defendants Alaska Airlines, Inc. and Horizon Air Industries, Inc.**

2 Mark W. Robertson
(admitted *pro hac vice*)
3 Anton Metlitsky
(admitted *pro hac vice*)
4 Charles J. Mahoney
(admitted *pro hac vice*)
5 O'MELVENY & MYERS LLP
7 Times Square
6 New York, NY 10036
Tel: (212) 326-2000
7 Fax: (212) 326-2061
mrobertson@omm.com
8 ametlitsky@omm.com
cmahoney@omm.com

9

M. Tristan Morales
10 (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
11 1625 Eye Street, NW
Washington, DC 20006
12 Tel: (202) 383-5300
Fax: (202) 383-5414
13 tmorales@omm.com
Kathryn S. Rosen, WSBA #29465
14 Davis Wright Tremaine LLP
920 5th Avenue, Ste. 3300
15 Seattle, WA 98104-1610
Tel: (206) 622-3150
16 Fax: (206) 757-7700

17 Steven W. Fogg, WSBA No. 23528
Lucio Maldonado, WSBA No. 54279
18 Corr Cronin LLP
1001 Fourth Avenue, Suite 3900
19 Seattle, WA 98154-1051
(206) 625-8600 Phone
20 (206) 625-0900 Fax
sfogg@corrcronin.com
21 lmaldonado@corrcronin.com

PLAINTIFF'S REPRESENTATION STATEMENT - 4

| | | |
|---|---|---|
| 1 | Dated June 21, 2021 | Respectfully submitted, |
| 2 | | /s/ Colin M. Downes |
| | | Colin M. Downes |
| 3 | | (*admitted pro hac vice*) |
| | | R. Joseph Barton |
| 4 | | (*admitted pro hac vice*) |
| | | BLOCK & LEVITON LLP |
| 5 | | 1735 20th Street NW |
| | | Washington, DC 20009 |
| 6 | | Telephone: (202) 734-7046 |
| | | Facsimile: (617) 507-6020 |
| 7 | | jbarton@blockleviton.com |
| | | colin@blockleviton.com |
| 8 | | |
| | | Vincent Cheng |
| 9 | | (*admitted pro hac vice*) |
| | | BLOCK & LEVITON LLP |
| 10 | | 100 Pine St., Suite 1250 |
| | | San Francisco, CA 94111 |
| 11 | | Telephone: (415) 968-8999 |
| | | Facsimile: (617) 507-6020 |
| 12 | | vincent@blockesq.com |
| 13 | | Michael J. Scimone |
| | | (admitted pro hac vice) |
| 14 | | OUTTEN & GOLDEN LLP |
| | | 685 Third Avenue 25th Floor |
| 15 | | New York, NY 10017 |
| | | Tel: (212) 245-1000 |
| 16 | | mscimone@outtengolden.com |
| 17 | | Hannah Cole-Chu |
| | | (*admitted pro hac vice*) |
| 18 | | OUTTEN & GOLDEN LLP |
| | | 601 Massachusetts Avenue NW |
| 19 | | Second Floor West Suite |
| | | Washington, DC 20001 |
| 20 | | Telephone: (202) 847-4400 |
| | | Facsimile: (202) 847-4410 |
| 21 | | hcoleschu@outtengolden.com |

PLAINTIFF'S REPRESENTATION STATEMENT - 5

|    |    |
|----|----|
| 1  | Peter Romer-Friedman |
| 2  | (*admitted pro hac vice*) |
|    | GUPTA WESSLER PLLC |
|    | 1900 L Street, NW, Suite 312 |
| 3  | Washington, DC 20036 |
|    | Tel: (202) 888-1741 |
| 4  | peter@guptawessler.com |

Peter Romer-Friedman
(*admitted pro hac vice*)
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
Tel: (202) 888-1741
peter@guptawessler.com

Matthew Z. Crotty (WSBA #39284)
CROTTY & SON LAW FIRM, PLLC
905 W. Riverside Ave., Suite 404
Spokane, WA 99201
Telephone: (509) 850-7011
matt@crottyandson.com

Thomas G. Jarrard (WSBA #39774)
LAW OFFICE OF THOMAS JARRARD, PLLC
1020 N. Washington St.
Spokane, WA 99201
Telephone: (425) 239-7290
Facsimile: (509) 326-2932
tjarrard@att.net

*Attorneys for Plaintiff and the Class*

PLAINTIFF'S REPRESENTATION STATEMENT - 6