AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| CASEY CLARKSON )<br>*Plaintiff* )<br>v. )<br> )<br> )<br>ALASKA AIRLINES, INC, and )<br>HORIZON AIR INDUSTRIES, INC. )<br>*Defendant* | Civil Action No. 2:19-CV-0005-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Service Award (ECF No. 249) is GRANTED. A total of $30,000 will be set aside for a Service Award, $15,000 for Mr. Clarkson and $5,000 for the remaining Class Representatives. Plaintiff's Motion for Attorney's Fees and Costs (ECF No. 251) is GRANTED. 30% of the Settlement Fund, $1,425,000, is granted to Class Counsel as attorney's fees, $244,422.86 in costs, and up to $19,500 to compensate the Settlement Administrator. Plaintiff's Motion for Final Approval of Class Action Settlement (ECF No. 250) is GRANTED. As part of the Settlement Agreement, the releases are incorporated as stated in the Order entered at ECF No 257. This matter is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

Date: 1/15/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham